### No. 9942.
### Orleans Appeal.

### HENRY C. SCHAUMBURG v. BEN GRISHMAN, Appellant.

(March 16, 1925, Opinion and Decree.)
(April 13, 1925, Rehearing Refused. [Not Final]).

---

*(Syllabus by the Editor.)*

1.  **Louisiana Digest—Courts—Par. 128.**
    Where the amount in dispute is in excess of the maximum amount of the jurisdiction of the Courts of Appeal fixed by the Constitution and Act 19 of 1912, the Court of Appeal will order the case transferred to the Supreme Court.

Appeal from Civil District Court, Hon. Hugh C. Cage, Judge.

D. H. Theard, attorney for plaintiff and appellee.

F. A. Middleton, Marx & Levy, attorneys for defendant and appellant.

WESTERFIELD, J. Our attention having been directed to the fact that in this case the amount in dispute is in excess of the maximum amount of our jurisdiction as fixed by the Constitution, in exercise of the authority conferred upon us under the provisions of Act 19 of 1912, it is ordered that the case be transferred to the Supreme Court of Louisiana.